UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMEREICA, | ) | CASE NO:3:18-CV-360 |
| | ) | |
| Plaintiff, | ) | HON. JUDGE THOMAS M. ROSE |
| | ) | |
| v. | ) | ERIC E. JOHNSON'S RULE G(5) |
| | ) | **VERIFIED CLAIM TO PROPERTY** |
| ONE HUNDRED SEVENTY-FIVE | ) | **SEIZED**. |
| THOUSAND, TWO HUNDRED | ) | |
| FIFTY-FIVE DOLLARS IN UNITED | ) | |
| STATES CURRENCY ($175,255.00), et al) | | |
| | ) | |
| Defendants. | | |

Now comes, Eric E. Johnson ("Mr. Johnson"), by and through undersigned counsel, and pursuant to 18 U.S.C. §983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims/Actions, does hereby contest the Government's forfeiture action in the above captioned-case and does respectfully make a verified claim to the One-Hundred Seventy-Five Thousand, Two Hundred Fifty-Five Dollars in United States Currency ($175,255.00) seized by an Ohio State Highway Patrol Trooper on or about July 3, 2018 not June 29, 2018 from Mr. Johnson.

In compliance with Rule G(5) Mr. Johnson states that he contest the seizure and makes a claim to the following property the United States Government seeks to seize by forfeiture:

(i)**Specific Property**: The property is One Hundred Seventy-Five Thousand, Two Hundred Fifty-Five Dollars in United States Currency ($175,255.00);

(ii)**The Claimant**: Mr. Eric E. Johnson, a United States Citizen and resident of Hamilton County, Ohio, is the lawful owner and claimant to the One-Hundred Seventy-Five Thousand, Two Hundred Fifty-Five Dollars ($175,255.00) in United States Currency.

1

(iii) **Claimant's Interest**: Claimant, Eric E. Johnson, lawfully earned and saved the money working and was lawfully and legally in possession of the One-Hundred Seventy-Five Thousand, Two Hundred Fifty-Five Dollars ($175,255.00) in United States Currency when an Ohio State Highway Patrol Trooper illegally and unlawfully took the currency from him on or about July 3, 2018 not June 29, 2018.

Mr. Johnson states that the One Hundred Seventy-Five Thousand, Two-Hundred Fifty-Five Dollars in United States Currency ($175,255.00) the Government seeks to forfeit belongs to him and is not subject to seizure.

Mr. Johnson further states, makes and signs this Claim under penalty of perjury

**I, Eric E. Johnson, do hereby sign this Verified Claim under penalty of perjury.**

_Eric Johnson_  11-25-2018
Eric E. Johnson       Date

Respectfully submitted,

_Carl L_
Cornelius "Carl" Lewis #0055700
Attorney-At-Law
119 East Court Street
Cincinnati, OH 45202
513.632.9542/Office
513.721.5824/Fax
513.371.4520/Cell
Carllewis@Carllewislaw.com
Carllewislaw@gmail.com
Attorney for Claimant

**CERTIFICATE OF SERVICE**

I hereby certify that in accordance with Rule G(4)(a)(ii)(C) or (b)(ii)(D), I have filed the Claim upon Plaintiff-Government's Attorney, Ms. Deborah D. Grimes, Esq., Assistant United States Attorney, Attorney for Plaintiff, 221 East Fourth Street, Suite 400, Cincinnati, OH 45202 by filing same using the CM/ECF system which generates notice and service on all interested parties and by mailing a copy of same by regular U.S. Mail to Ms. Grimes at the above address on the date same was filed.

_Carl L_
Cornelius "Carl" Lewis

2