# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18-CV-360 |
| Plaintiff, | : | |
| v. | : | JUDGE THOMAS M. ROSE |
| ONE HUNDRED SEVENTY-FIVE THOUSAND, TWO HUNDRED FIFTY-FIVE DOLLARS IN UNITED STATES CURRENCY ($175,255.00), | : : | |
| | : | |
| Defendant. | | |

## ORDER

This matter is before the Court on the United States' Motion for Stay of Civil Forfeiture Proceeding. (Doc. 6.) The United States seeks a stay of the above-captioned case pending resolution of a related criminal investigation or the prosecution of a related criminal case pursuant to 18 U.S.C. § 981(g). That statute provides, in relevant part:

> **(g)(1)** Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.
>
> **(2)** Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that –
>
> **(A)** the claimant is the subject of a related criminal investigation or case;
>
> **(B)** the claimant has standing to assert a claim in the civil forfeiture proceeding; and
>
> **(C)** continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

18 U.S.C. § 981(g).

The United States represents that there is an ongoing criminal investigation related to this civil forfeiture proceeding. The United States further represents that civil discovery in this case will adversely affect the criminal investigation or a subsequent prosecution of a related criminal case.

For good cause shown, the United States' Motion for Stay (Doc. 6) is **GRANTED**. The Court hereby **STAYS** the entirety of the above-captioned civil forfeiture proceeding until the conclusion of the related criminal investigation or a subsequent prosecution of a related criminal case. The United States is ORDERED to file status reports every 60 days.

**IT IS SO ORDERED.**

**July 23, 2019**                              *s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE