# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18-CV-360 |
| Plaintiff, | : | Judge Michael J. Newman |
| v. | : | |
| ONE HUNDRED SEVENTY-FIVE THOUSAND, TWO HUNDRED FIFTY-FIVE DOLLARS IN UNITED STATES CURRENCY ($175,255.00), | : : | |
| | : | |
| Defendant. | | |

## PLAINTIFF UNITED STATES' STATUS REPORT

Now comes Plaintiff, the United States of America, by and through counsel, and respectfully submits its status report in accordance with the Order entered by the Court on July 23, 2019 (Doc. 7).

On July 23, 2019, the Court stayed this civil forfeiture proceeding until the conclusion of the related criminal investigation or a subsequent prosecution of a related criminal case. (*Id.*) The criminal investigation is ongoing, and progress continues to be made; therefore, this case should remain stayed. The United States will file its next status report no later than March 10, 2021.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Deborah D. Grimes
DEBORAH D. GRIMES (0078698)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Deborah.Grimes@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2021, the foregoing Plaintiff United States' Status Report was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

s/Deborah D. Grimes
DEBORAH D. GRIMES (0078698)
Assistant United States Attorney