# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18-cv-360 |
| Plaintiff, | : | District Judge Michael J. Newman |
| v. | : | |
| ONE HUNDRED SEVENTY-FIVE THOUSAND, TWO HUNDRED FIFTY-FIVE DOLLARS IN UNITED STATES CURRENCY ($175,255.00), | : : | |
| Defendant. | : | |

## ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY (Doc. 25)

This matter is before the Court on Plaintiff United States' Motion to Lift Stay (Doc. 25). Following a previous motion of the United States, the Court stayed this civil forfeiture proceeding pending the conclusion of the related criminal case. (Doc. 7.) Since that entry, claimant Eric E. Johnson has withdrawn his claim and answer. (Doc. 24.)

Therefore, it is hereby **ORDERED** that Plaintiff United States' Motion to Lift Stay is **GRANTED**. The United States is directed to submit the appropriate filings **within 30 days** to complete this action.

**IT IS SO ORDERED.**

January 14, 2022                                                  s/Michael J. Newman
                                                                                                Hon. Michael J. Newman
                                                                                                 United States District Judge